THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HELEN MCCULLOUGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C17-1234-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend time for Defendant to file an answer or otherwise respond (Dkt. No. 9). This motion is GRANTED. Defendant shall have until September 7, 2017 to answer or otherwise respond to Plaintiff's complaint.

DATED this 22nd day of August 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　/s/Paula McNabb
　　　　　　　　　　　　　　　　　Deputy Clerk